

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Magistrate Case No. '22 MJ3983 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Earl Anthony BENT, | ) | Attempted Entry after |
| | ) | Deportation |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about October 29, 2022 within the Southern District of California, Defendant Earl Anthony BENT an alien, who previously had been excluded, deported and removed from the United States to Belize, attempted to enter the United States with the purpose i.e., conscious desire, to enter the United States at the Otay Mesa, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st of October 2022.

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## AMENDED PROBABLE CAUSE STATEMENT

On October 29, 2022, at approximately 7:57 P.M., Earl Anthony BENT (Defendant) applied for admission into the United States at the Otay Mesa Port of Entry from Tijuana, Baja California, Mexico through the pedestrian primary lanes. Defendant presented himself for inspection before a Customs and Border Protection Officer (CBPO). Defendant presented a counterfeit California Driver's License XXXX7324 bearing the initials of M.J.O. The CBPO identified the Driver's License as counterfeit and asked the Defendant if he was a United States Citizen, to which the Defendant answered, "Yes", stated he was born in Los Angeles, California and did not have his passport on him. Defendant stated that he was traveling to Los Angeles, California with nothing to declare from Mexico. The CBPO escorted Defendant to secondary for further inspection.

During secondary inspection, Defendant's identity was ascertained. Defendant was queried by fingerprint and photograph submission through the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT). IAFIS and IDENT returned a match to the query linking Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) records. DHS records identified Defendant as a citizen of Belize and a previously deported alien.

Further DHS records confirmed Defendant is a citizen of Belize with no documents or entitlements to enter the United States. DHS records revealed Defendant was ordered removed from the United States to Belize by an Immigration Judge on or about August 17, 2009, and subsequently physically removed from the United States to Belize on or about January 15, 2015, via Atlanta, Georgia Airport. Defendant was most recently removed from the United States to Belize on or about November 28, 2017, via the Miami International Airport. DHS records contain no evidence Defendant has applied for or received permission from the Attorney General of the United States or the Secretary of Homeland Security, to legally re-enter the United States.